AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:14-mj-0095 | Date and time warrant executed: 2/10/2014 4:34pm | Copy of warrant and inventory left with: Olha Tokalenko, Custodian of Records |
| Inventory made in the presence of: | | |

Inventory of the property taken and name of any person(s) seized:

- One (1) CD-R containing electronic copies of emails, from Yahoo, Inc

**FILED**

MAR - 5 2014

Clerk, U.S. District and
Bankruptcy Courts

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/26/2014

_Executing officer's signature_

Christopher R. Potts, Special Agent
_Printed name and title_
FBI Cincinnati - 614.849.1739

RECEIVED
Mail Room

MAR - 4 2014

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia